UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MADELYN HESS, on behalf of herself and all others similarly situated, | ) ) | CASE NO.  4:24-cv-00077-BMB |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HALLRICH INCORPORATED, et al. | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

On July 10, 2025, the parties confirmed settlement funds were issued.  For the reasons

stated in this Court's Opinion and Order (Doc. 32), this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

**Date:**  July 14, 2025

_____

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE